UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA COPENHAVER, #240677

    Plaintiff,                Case No. 05-73286

v.                             District Judge Bernard A. Friedman
                              Magistrate Judge R. Steven Whalen

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO TAKE DEPOSITION
OF PRISONER-PLAINTIFF**

Defendants have moved, pursuant to Fed.R.Civ.P. 30(a)(2), for leave to take the deposition of Plaintiff Joshua Copenhaver, #240677, an inmate in the custody of the Michigan Department of Corrections (MDOC)[Docket #93].

Defendants' motion is GRANTED, and leave is granted to depose the Plaintiff at the Gus Harrison Correctional Facility or any other MDOC facility at which Plaintiff is housed. The deposition will be conducted in person at the facility, unless the parties stipulate to a telephonic deposition.

-1-

SO ORDERED.

　　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 21, 2007.

　　　　　　　　　　　　　　　　　　　S/G. Wilson
　　　　　　　　　　　　　　　　　　　Judicial Assistant